# JOHN H. RING, III
ATTORNEY AT LAW
385 CLEVELAND DRIVE
BUFFALO, NEW YORK 14215

TEL: (716) 831-1994

January 19, 2010

U.S. Bankruptcy Court, WDNY
Office of the Clerk
Olympic Towers
300 Pearl Street, Suite 250
Buffalo, NY 14202-2501

    Re:    Edward M. Blaszak/Carrie L. Blaszak
            aka Carrie Lyn Pierce
            Bk. No. 06-01223K

Dear Sir/Madam:

Enclosed herewith please find a Statement of Unclaimed Funds in regards to the Bankruptcy Estate of Edward M. Blaszak/Carrie L. Blaszak.

I have stopped payment on this check since is beyond the 90 day period and I am enclosing the Estate of Edward M. Blaszak/Carrie L. Blaszak's check no. 116 in the amount of $135.97 made payable to the U.S. Bankruptcy Court which represents the total due in this matter. The original check in this matter was issued on May 27, 2009, when that check became stale the Trustee reissued the check to the creditor and sent it to them with a copy of the petition showing them listed as creditor. The check has not been returned and has not been cashed by the creditor.

The following is the name and address for creditors and the amount they are entitled to receive from the Bankruptcy Estate of Edward M. Blaszak/Carrie L. Blaszak

| Claim No. 6 | Strong Memorial Hospital<br>Patient Accounts Office<br>601 Elmwood Avenue<br>Rochester, NY 14642-8406 | $135.97 |
|---|---|---|

If you have any questions or problems, please feel free to contact the undersigned.

Very truly yours,

JOHN H. RING, III

JHR/pls
Enc.

RECEIVED JAN 21 2010 BANKRUPTCY COURT BUFFALO, NY

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

BLASZAK, EDWARD M.
BLASZAK, CARRIE L.
AKA CARRIE LYN PIERCE

       Debtors.

Chapter 7

Case No. 06-01223 MJK

**STATEMENT OF
UNCLAIMED DIVIDENDS**

| Claim No. | Creditor Name and Address | Amount Allowed | Dividend |
|---|---|---|---|
| 6 | STRONG MEMORIAL HOSPITAL<br>Patient Accounts Office, 601 Elmwood Avenue<br>Rochester, NY 14642-8406 | $22,638.00 | $135.97 |

**TOTAL UNCLAIMED DIVIDENDS:**     $ 135.97

Dated: January 19, 2010

_____
JOHN H. RING, III
Trustee
385 CLEVELAND DR.
CHEEKTOWAGA, NY 14215
(716) 831-1994